**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

    Plaintiff-Appellee,

v.                                                                                          **NO. 28,483**

**ALFREDO GONZALES,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY**
**Gary M. Jeffreys, District Judge**

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

Alfredo Gonzales
Santa Fe, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**FRY, Chief Judge.**

    Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

    Affirmed.

    **IT IS SO ORDERED.**

 

 
                                **CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

**MICHAEL D. BUSTAMANTE, Judge**

**333233ROBERT E. ROBLES, Judge**